IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>CARMEN INES ROSADO RAMOS,<br><br>Debtor.<br>_____<br><br>CARMEN INES ROSADO RAMOS,<br><br>Movant,<br><br>v.<br><br>RAFAEL A. ORTIZ NEGRON,<br><br>Respondent,<br><br>ROBERTO ROMAN VALENTIN,<br>Chapter 7 Trustee. | CASE NO. **12-00327(BKT)**<br><br><br><br><br>CHAPTER 7<br><br><br>**AVOIDANCE OF LIEN PURSUANT TO 11 U.S.C. § 522(f)** |

**MOTION SUBMITTING TRANSCRIPTS OF
ARGUMENTATIVE HEARING HELD ON APRIL 10, 2012**

**TO THE HONORABLE COURT:**

**NOW COMES**, Debtor, Carmen Inés Rosado Ramos, represented by the undersigned attorney, and very respectfully states and prays as follows:

1. On April 10, 2012, this Honorable Court held an argumentative hearing concerning Creditor Rafael A. Ortiz-Negron's Motion for Lift of Stay and Debtor's Opposition thereto. See Minute at Docket No. 30.

2. After filing of the Notice of Appeal at Docket No. 61, Debtor requested and recently obtained the Court's authorized reporter's transcripts of such hearing.

3. Accordingly, Debtor respectfully submits, as an attachment, the Court-authorized transcripts of the aforementioned argumentative hearing.

**WHEREFORE** Debtor very respectfully prays from this Honorable Court to take notice of the aforementioned Transcripts of the hearing held on April 10, 2012.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the U.S. Trustee, Standing Chapter 7 Trustee, **Roberto Román Valentín**, Creditor Rafael Ortiz-Negron's Counsel, **Roberto Figueroa Carrasquillo**, and all CM/ECF participants, and also mailed the same to any creditors in the attached list that are not CM/ECF participants.

In San Juan, Puerto Rico, this 14th day of March, 2013.

**/s/ Carlos C. Alsina Batista**
Carlos C. Alsina Batista
USDC-PR NO. 222801
**CARLOS ALSINA BATISTA LAW OFFICES, PSC**
638 Aldebaran St.
Banco de Desarrollo Económico Bldng.
Second Floor, Suite HQ-7
San Juan, Puerto Rico 00920
Tel. (787)781-1882/Fax. (787)793-6733

```
            IN THE UNITED STATES BANKRUPTCY COURT

              FOR THE DISTRICT OF PUERTO RICO


CARMEN INES ROSADO RAMOS        *   Case No. 12-327
                                *
                                *
                                *
           Debtor(s)            *
                                *
                                *
                                *
                                *
                                *   April 10, 2012
--------------------------------*   Old San Juan,
                                    Puerto Rico
```

**HEARING**
BEFORE THE HONORABLE BRIAN K. TESTER
FEDERAL BUILDING, OLD SAN JUAN, PUERTO RICO


APPEARANCES:

For the Trustee:

For the Movant:          Roberto Figueroa
                         Carrasquillo, Esq.

For the Respondent:      Carlos Alsina Batista, Esq.

CD:                      Official Courtroom Deputy


(Proceedings taken by electronic recording;

transcription produced by transcription service)


CERTIFIED TRANSCRIBERS, INC.
1075 Carr. 2 Plaza Suchville #302
Bayamón, Puerto Rico 00959
Tel. # (787) 783-6623; (787) 617-9487

```
 1              P R O C E E D I N G S
 2                                         (9:53 a.m.)
 3          COURTROOM CLERK:  (Calling case)
 4          MR. FIGUEROA CARRASQUILLO:  Good morning.
 5          Roberto Figueroa Carrasquillo representing
 6  in this case creditor, Mr. Negrón -- Ortiz Negrón.
 7          THE COURT:  Alright.  Good morning.
 8          MR. ALSINA BATISTA:  Good morning, Your
 9  Honor.
10          Very respectfully, Attorney Carlos Alsina on
11  behalf of Debtor Carmen Rosado.
12          THE COURT:  Alright.  Good morning.
13          Why is this not moot?  Because, the
14  abandonment notice was filed almost two months ago,
15  which runs automatically if there's no objection in
16  14 days.
17          It says property was abandoned.
18          MR. FIGUEROA CARRASQUILLO:  Yes, Your Honor.
19          Your Honor, we understood that we needed the
20  Court order to go to the Ray Street Group (sic).
21          THE COURT:  Not -- not on this property.
22           Once it's abandoned, it's not property of the
23  estate anymore.  So, you negotiate directly with
24  them, or you do whatever you think is appropriate in
25  State Court.
```

1            But I have it filed on the 22nd of February
2 . So, that ran, maybe, the first week of March.
3            So, I don't think there's really anything
4 else to do with the property, because that's
5 specifically the one that's in the abandonment by the
6 Trustee. So, ... unless there's anything else I
7 missed.
8            MR. ALSINA BATISTA: Yes, Your Honor.
9            There is a motion for avoidance of lien
10 pursuant to 522 (f) .
11            THE COURT: It's moot. That property is not
12 property of the estate anymore.
13            MR. ALSINA BATISTA: I --
14            THE COURT: I think it's that simple. I
15 mean, once it's abandoned, it's not property of the
16 estate. And, then, I don't have jurisdiction over it
17 anymore.
18            MR. ALSINA BATISTA: But, Your Honor, Debtor
19 has an independent right pursuant to the Code to
20 avoid judicial liens.
21            THE COURT: He can do anything he wants in
22 the State Court.
23            MR. ALSINA BATISTA: Your Honor, I mean, we
24 believe it is a bankruptcy right. And that could
25 even be done after the case was closed with a motion

1 to reopen. And I don't believe there's a time limit
2 for that.
3 　　　　　THE COURT: Property of the estate,
4 absolutely.
5 　　　　　But it is no longer property of the estate.
6 Alright? Abandoning property removes it from the
7 estate.
8 　　　　　MR. ALSINA BATISTA: Well, I understand
9 that, Your Honor.
10 　　　　　THE COURT: So, you're -- you're -- what
11 you're talking about is if it's still property of the
12 estate.
13 　　　　　But, if it's not property of the estate,
14 where is my jurisdiction over that?
15 　　　　　MR. ALSINA BATISTA: Your Honor, because
16 Debtor's relief entails their ability to avoid a lien
17 over property that is hers regardless that it is not
18 going to be administered by the Trustee.
19 　　　　　THE COURT: So, they try and avoid a lien in
20 the State Court.
21 　　　　　MR. ALSINA BATISTA: Your Honor, it's a --
22 it's a federal bankruptcy right.
23 　　　　　THE COURT: Not anymore.
24 　　　　　How do I have jurisdiction over a property
25 that's not property of the estate? How would they

1 be in here independently of that?
2 There'd be no grounds to make any
3 allegations or cause of action against property
4 that's not property of the estate in a bankruptcy
5 court.
6 Do you agree with that?
7 MR. ALSINA BATISTA: (No verbal response)
8 THE COURT: What would be the basis for my
9 jurisdiction if it's not property of the estate?
10 That they just came in here and said "There's a
11 property in Caguas, and we want to sue somebody over
12 it, but it's not property of the bankruptcy estate",
13 where would my jurisdiction come from?
14 MR. ALSINA BATISTA: Because, Debtor --
15 because, Debtor is under bankruptcy protection still,
16 Your Honor.
17 THE COURT: Right. Debtor is.
18 MR. ALSINA BATISTA: And the purpose of 522
19 (f) is to allow Debtor to avoid such liens such as
20 the one that is being asserted by Movant here, and
21 that is part of her -- her fresh start.
22 THE COURT: Isn't 522 (f) for -- to clear
23 the exemption?
24 MR. ALSINA BATISTA: That's right, Your
25 Honor. She claimed an exemption on it.

1 THE COURT: But there's no exemption rights
2 anymore if it's not property of the estate. The
3 whole thing is abandoned.
4 So, any homestead exemption they might have
5 under Puerto Rico law, obviously they still have, but
6 that property doesn't have anything to do with their
7 estate anymore.
8 So, the Trustee is not going to administer
9 it, not going to stay a position on the exemption,
10 and not going to pay it one way or the other.
11 So, if they have any objection to the
12 exemption or its allowance, it's moot, because it's
13 not property of the estate anymore.
14 MR. ALSINA BATISTA: They don't have an
15 objection to its allowance, Your Honor. The issue is
16 that Debtor -- on the 522 (f), Debtor may -- may
17 eliminate judicial liens through the bankruptcy
18 process when they impair the exemption that she would
19 have if -- if it was not for such lien.
20 And that's the basis for the right. I mean,
21 I -- I understand --
22 THE COURT: But they're avoiding a lien on
23 property that is not part of the estate anymore.
24 So, where would my jurisdiction be based in?
25

1    MR. ALSINA BATISTA: Your Honor, --

2    THE COURT: Just because it's the Debtor?
3 The Debtor can't sue anyone on anything just because
4 they're in Bankruptcy. There has to be what's called
5 a core proceeding.

6    To make it a core proceeding is it's
7 something that's going to be administered in the
8 estate.

9    This is no longer going to be administered
10 in the estate. It's been abandoned.

11    MR. ALSINA BATISTA: Your Honor, I will
12 respectfully disagree that Debtor's right to avoid a
13 lien under 522 (f) depends on whether the property is
14 being administrated by a Trustee.

15    THE COURT: Well, then, knock yourself out
16 reconsidering it. And you give me case law that says
17 non-estate property, that I have jurisdiction to
18 determine if a lien should be avoided or not on non-
19 estate property, then I'll consider that.

20    But I -- I am not aware of that case law,
21 and I haven't seen it in anything filed yet.

22    So, if you want to bring that up to my
23 attention, then, fine. I'll consider it.

24    But, as it stands now, once property is
25 abandoned, it's no longer part of the estate. When

1 it's no longer part of the estate, I lose
2 jurisdiction over it. And it doesn't matter if the
3 Debtor has any allegations or causes of action that's
4 not been adjudicated. They can bring that in another
5 forum. But there's no independent jurisdiction in
6 this
7 Court --
8     MR. ALSINA BATISTA: I understand.
9     THE COURT: -- as far as I understand it.
10     But, if you think I'm wrong -- which is not
11 going to be the first time that someone's thought I
12 was wrong -- then you can bring in a reconsideration,
13 and I'll consider whatever you find on the point.
14     MR. ALSINA BATISTA: I -- I appreciate it,
15 Your Honor, because I was not ready to --
16     THE COURT: Yeah, I know.
17     MR. ALSINA BATISTA: -- do it that way.
18     THE COURT: It looks like everyone missed
19 that. But I look for that stuff. That's -- because,
20 if I don't have jurisdiction, then we're wasting our
21 time.
22     MR. ALSINA BATISTA: Thank you, Your Honor.
23     THE COURT: Alright? So, you take a look
24 at it. You know, I would suggest you do it within 14
25 days before it's final and unappealable, and then

9

1 I'll see if I agree with you or not and depending on
2 what you brief.
3     I don't know if there's any reason for you
4 to say anything or not.  Let's see what he writes
5 first, and let me see if I need to hear from anyone
6 else on it.  Okay?
7     MR. FIGUEROA CARRASQUILLO:  Yes, Your Honor.
8     THE COURT:  Alright?
9     MR. ALSINA BATISTA:  Thank you, Your Honor.
10     Permission to be excused?
11     THE COURT:  Alright.  Thank you.
12 (Whereupon: hearing in this matter is hereupon
13 concluded for this day)
14         (10:00 a.m.)
15
16
17
18
19
20
21
22
23
24
25

CERTIFIED TRANSCRIBERS, INC.
1075 Carr. 2 Plaza Suchville #302
Bayamón, Puerto Rico 00959
Tel. # (787) 783-6623; (787) 617-9487

10

1   TRANSCRIBER CERTIFICATION

3   I, CRYSTAL INCHAUSTEGUI BREAZ, Transcriber,
4 do hereby certify that the foregoing transcript was
5 transcribed by me to the best of my abilities.

7   I CERTIFY that all "(inaudible)" were
8 carefully reviewed and found to be as written.

10   I FURTHER CERTIFY that I am not interested in
11 the outcome of the case mentioned in said caption.

13   WITNESS MY HAND this 11 day of the month of
14 March, 2013 in San Juan, Puerto Rico.

16         S/ CRYSTAL INCHAUSTEGUI
17         CRYSTAL INCHAUSTEGUI BREAZ

19 I, DIANE BREAZ, RPR and Official Court Reporter for
20 the District Court of Puerto Rico, certify that the
21 foregoing transcript has been verified and certified
22 by me.
23         S/ DIANE BREAZ
24         DIANE BREAZ

CERTIFIED TRANSCRIBERS, INC.
1075 Carr. 2 Plaza Suchville #302
Bayamón, Puerto Rico 00959
Tel. # (787) 783-6623; (787) 617-9487

```
Label Matrix for local noticing          US Bankruptcy Court District of P.R.      ANTONIO JOSE CRUZ BONILLA
0104-3                                   Jose V Toledo Fed Bldg & US Courthouse    CALLE RIERA 520
Case 12-00327-BKT7                       300 Recinto Sur Street, Room 109          SAN JUAN, PR 00909-1903
District of Puerto Rico                  San Juan, PR 00901-1964
Old San Juan
Fri Feb 17 17:53:25 AST 2012

ASSET ACCEPTANCE                         AT&T MOBILITY                             AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO
PO BOX 2036                              PO BOX 5818                               P.O. BOX 70101
WARREN, MI  48090-2036                   DENVER, CO  80217-5818                    SAN JUAN, PR  00936-8101


AUTORIDAD DE ENERGIA ELECTRICA           BANCO POPULAR DE PUERTO RICO              BANK OF AMERICA
P.O. BOX 363508                          BANKRUPTCY DIVISION                       P.O. BOX 2518
SAN JUAN, PR  00936-3508                 PO BOX 362708                             Houston, TX  77252-2518
                                         SAN JUAN, PR  00936-2708


(p)COLLECT AMERICA LTD                   CENTENNIAL                                CRIM
4340 S MONACO PKWY                       PO BOX 71514                              PO BOX 195387
2ND FL                                   SAN JUAN, PR  00936-8614                  SAN JUAN, PR  00919-5387
DENVER CO 80237-3408


DEPARTAMENTO DE HACIENDA                 DORAL BANK                                ENCANTADA HOME OWNERS
CAPITAL CENTER-TORRE NORTE(SUITE 1504)   P.O. BOX 70308                            PO BOX 12011
235 AVE. ARTERIAL HOSTOS                 SAN JUAN, PR  00936-8308                  SAN JUAN, PR 00914-0011
SAN JUAN, PR 00918-1451


FIA CARD SERVICES                        MIDLAND CREDIT MANAGEMENT, INC.           ORIENTAL - MORTGAGE SERVICING
P.O. BOX 15019                           PO BOX 60578                              PO BOX 71578
WILMINGTON, DE  19886-5019               LOS ANGELES, CA  90060-0578               SAN JUAN, PR  00936-8678


POPULAR MORTGAGE                         PUERTO RICO TREASURY DEPARTMENT           RAFAEL ARNALDO ORTIZ NEGRON
PO BOX 71375                             DEPARTAMENTO DE HACIENDA                  C/O GUILLERMO A. ALEMANY RIVERA
SAN JUAN, PR 00936-8475                  PO BOX 9024140                            PO BOX 1167
                                         SAN JUAN, PR  00902-4140                  BAYAMON, PR  00960-1167


RELIABLE FINANCIAL SERVICES              TREASURY SECRETARY                        CARLOS C ALSINA BATISTA
PO BOX 21382                             DEPARTAMENTO DE HACIENDA                  CARLOS ALSINA BATISTA LAW OFFICES PSC
SAN JUAN, PR  00928-1382                 P.O. BOX 9024140                          638 ALDEBARAN ST
                                         SAN JUAN, PR  00902-4140                  BANCO DE DESARROLLO ECONOMICO BLDNG
                                                                                   SECOND FLOOR SUITE HQ 7
                                                                                   SAN JUAN, PR 00920

CARMEN INES ROSADO RAMOS                 MONSITA LECAROZ ARRIBAS                   RAFAEL ARNALDO ORTIZ NEGRON
138 PLAZA SERENA                         OFFICE OF THE US TRUSTEE (UST)            PO BOX 1167
ENTRERIOS URB ENCANTADA                  OCHOA BUILDING                            BAYAMON, PR 00960-1167
TRUJILLO ALTO, PR 00976-6170             500 TANCA STREET  SUITE 301
                                         SAN JUAN, PR 00901


ROBERTO ROMAN VALENTIN
US TRUSTEES OFFICE
PO BOX 9024003
SAN JUAN, PR 00902-4003
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CACH, LLC                           End of Label Matrix
370, 17TH STREET, SUITE 5000        Mailable recipients    27
DENVER, CO  80202-3050              Bypassed recipients     0
                                    Total                  27
```