# UNITED STATES BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT

TRANSMITTAL FORM

TO: Mariá de los Ángeles González, Clerk

United States Bankruptcy Court
District of Puerto Rico (San Juan)
José V. Toledo U.S. P.O. & Courthouse
300 Recinto Sur, Suite 109
San Juan, PR 00901

| |
|---|
| Case Name: CARMEN INES ROSADO RAMOS |
| BAP Case Nos.: PR 13-005 |
| Bankruptcy Case No.: 12-00327-BKT |
| Adversary No.: N/A |
| Bankruptcy Judge: HON. BRIAN K. TESTER |
| |

TRANSMITTED HEREWITH ARE THE FOLLOWING DOCUMENTS:

[ ]  BAP Mandate
[ ]  Mandate of United States Court of Appeals
[ ]  Bankruptcy Court Record
[ ]  Bankruptcy Court Exhibits/Transcript
[ ]  BAP Opinion
[ ]  BAP Judgment
[ ]  BAP Order
[X]  BAP Opening Letter
[ ]  BAP Docket(s)
[ ]  Other:

COMMENTS:

DATED: February 13, 2013            Mary P. Sharon, Clerk


By:   /s/  Ann M. Williams
      Ann M. Williams, Case Manager