## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>CARMEN INES ROSADO RAMOS,<br><br>Debtor.<br>_____<br><br>CARMEN INES ROSADO RAMOS,<br><br>Movant,<br><br>v.<br><br>RAFAEL A. ORTIZ NEGRON,<br><br>Respondent,<br><br>ROBERTO ROMAN VALENTIN,<br>Chapter 7 Trustee. | CASE NO. **12-00327(BKT)**<br><br><br><br><br>CHAPTER 7<br><br><br><br>**AVOIDANCE OF LIEN PURSUANT TO 11 U.S.C. § 522(f)** |

### MOTION FOR SUPPLEMENTAL TRANSMITTAL OF RECORD TO BANKRUPTCY APPELLATE PANEL PURSUANT TO FED.R.BANKR.P. 8006

**TO THE HONORABLE COURT:**

   **NOW COMES**, Debtor, Carmen Inés Rosado Ramos, represented by the undersigned attorney, and very respectfully states and prays as follows:

   1. On April 10, 2012, this Honorable Court held an argumentative hearing concerning Creditor Rafael A. Ortiz-Negron's Motion for Lift of Stay and Debtor's Opposition thereto. See Minute at Docket No. 30.

   2. After filing the Notice of Appeal at Docket No. 61, Debtor requested and on March 11, 2013 received the Court-authorized reporter's transcripts of such hearing. The transcripts were sent to

the undersigned on March 11, 2013, that is, 11 days after this Honorable Court's Transmittal of Record on Appeal. See Docket No. 72.

3. On March 14, 2013, Debtor filed the aforementioned transcripts of the hearing. See Docket No. 73.

4. In order for the record to be complete before the Bankruptcy Appellate Panel, Debtor very respectfully requests this Honorable Court to transmit the Transcripts of the Hearing held on April 10, 2012, i.e., Docket No. 73.

**WHEREFORE** Debtor very respectfully prays from this Honorable Court to transmit the aforementioned Transcripts of the hearing held on April 10, 2012 (Docket No. 73).

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the U.S. Trustee, Standing Chapter 7 Trustee, **Roberto Román Valentín**, Creditor Rafael Ortiz-Negron's Counsel, **Roberto Figueroa Carrasquillo**, and all CM/ECF participants, and also mailed the same to any creditors in the attached list that are not CM/ECF participants.

In San Juan, Puerto Rico, this 18th day of March, 2013.

> **/s/ Carlos C. Alsina Batista**
> Carlos C. Alsina Batista
> USDC-PR NO. 222801
> **CARLOS ALSINA BATISTA LAW OFFICES, PSC**
> 638 Aldebaran St.
> Banco de Desarrollo Económico Bldng.
> Second Floor, Suite HQ-7
> San Juan, Puerto Rico 00920
> Tel. (787)781-1882/Fax. (787)793-6733

```
Label Matrix for local noticing          US Bankruptcy Court District of P.R.    ANTONIO JOSE CRUZ BONILLA
0104-3                                    Jose V Toledo Fed Bldg & US Courthouse  CALLE RIERA 520
Case 12-00327-BKT7                        300 Recinto Sur Street, Room 109        SAN JUAN, PR 00909-1903
District of Puerto Rico                   San Juan, PR 00901-1964
Old San Juan
Fri Feb 17 17:53:25 AST 2012

ASSET ACCEPTANCE                          AT&T MOBILITY                           AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO
PO BOX 2036                               PO BOX 5818                             P.O. BOX 70101
WARREN, MI  48090-2036                    DENVER, CO  80217-5818                  SAN JUAN, PR  00936-8101


AUTORIDAD DE ENERGIA ELECTRICA            BANCO POPULAR DE PUERTO RICO            BANK OF AMERICA
P.O. BOX 363508                           BANKRUPTCY DIVISION                     P.O. BOX 2518
SAN JUAN, PR  00936-3508                  PO BOX 362708                           Houston, TX  77252-2518
                                          SAN JUAN, PR  00936-2708


(p)COLLECT AMERICA LTD                    CENTENNIAL                              CRIM
4340 S MONACO PKWY                        PO BOX 71514                            PO BOX 195387
2ND FL                                    SAN JUAN, PR  00936-8614                SAN JUAN, PR  00919-5387
DENVER CO 80237-3408


DEPARTAMENTO DE HACIENDA                  DORAL BANK                              ENCANTADA HOME OWNERS
CAPITAL CENTER-TORRE NORTE(SUITE 1504)    P.O. BOX 70308                          PO BOX 12011
235 AVE. ARTERIAL HOSTOS                  SAN JUAN, PR  00936-8308                SAN JUAN, PR 00914-0011
SAN JUAN, PR 00918-1451


FIA CARD SERVICES                         MIDLAND CREDIT MANAGEMENT, INC.         ORIENTAL - MORTGAGE SERVICING
P.O. BOX 15019                            PO BOX 60578                            PO BOX 71578
WILMINGTON, DE  19886-5019                LOS ANGELES, CA  90060-0578             SAN JUAN, PR  00936-8678


POPULAR MORTGAGE                          PUERTO RICO TREASURY DEPARTMENT         RAFAEL ARNALDO ORTIZ NEGRON
PO BOX 71375                              DEPARTAMENTO DE HACIENDA                C/O GUILLERMO A. ALEMANY RIVERA
SAN JUAN, PR 00936-8475                   PO BOX 9024140                          PO BOX 1167
                                          SAN JUAN, PR  00902-4140                BAYAMON, PR  00960-1167


RELIABLE FINANCIAL SERVICES               TREASURY SECRETARY                      CARLOS C ALSINA BATISTA
PO BOX 21382                              DEPARTAMENTO DE HACIENDA                CARLOS ALSINA BATISTA LAW OFFICES PSC
SAN JUAN, PR  00928-1382                  P.O. BOX 9024140                        638 ALDEBARAN ST
                                          SAN JUAN, PR  00902-4140                BANCO DE DESARROLLO ECONOMICO BLDNG
                                                                                  SECOND FLOOR SUITE HQ 7
                                                                                  SAN JUAN, PR 00920

CARMEN INES ROSADO RAMOS                  MONSITA LECAROZ ARRIBAS                 RAFAEL ARNALDO ORTIZ NEGRON
138 PLAZA SERENA                          OFFICE OF THE US TRUSTEE (UST)          PO BOX 1167
ENTRERIOS URB ENCANTADA                   OCHOA BUILDING                          BAYAMON, PR 00960-1167
TRUJILLO ALTO, PR 00976-6170              500 TANCA STREET  SUITE 301
                                          SAN JUAN, PR 00901


ROBERTO ROMAN VALENTIN
US TRUSTEES OFFICE
PO BOX 9024003
SAN JUAN, PR 00902-4003
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CACH, LLC
370, 17TH STREET, SUITE 5000
DENVER, CO  80202-3050

End of Label Matrix
Mailable recipients    27
Bypassed recipients     0
Total                  27