# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

TO: UNITED STATES BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT
SUPPLEMENTAL TRANSMITTAL OF RECORD ON APPEAL

| Case Name: CARMEN INES ROSADO RAMOS |
| Case No.: 12-00327 BKT |
| BAP No.: PR 13-005 |

| Bankruptcy Judge: Brian K. Tester |

The undersigned Deputy Clerk of the U. S. Bankruptcy Court hereby certified that the record on appeal is complete and ready for transmission. The Statement of Issues and Designation of Record have been filed. The status of the transcripts is as follows:

( X ) All transcript(s) requested by: __X__  Appellant
     For hearings held on: April 10, 2012

DATED: March 19, 2013                    MARIA DE LOS ANGELES GONZALEZ, ESQ.
                                         Clerk of the Court


                                         By: /s/ Aida Machargo Pereira
                                             Deputy Clerk

*** RECEIPT IS ACKNOWLEDGED OF THE ENCLOSURES REFERRED TO ABOVE***

Date Received: 3/19/13     By: _____

BAP/DC No. Assigned: PR 13-005